**LAW OFFICES OF JOHN BENEDICT**
John Benedict, Esq. (SBN 5581)
Brian R. Dziminski, Esq. (SBN 8436)
2190 E. Pebble Road, Suite 260
Las Vegas, Nevada 89123
Telephone: (702) 333-3770
Facsimile: (702) 361-3685
Email: John@Benedictlaw.com
Attorneys for Defendant Southern Shores
Pool Company, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| PREFERRED CONTRACTORS INSURANCE COMPANY, RISK RETENTION GROUP, LLC<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHERN SHORES POOL COMPANY, INC.<br><br>Defendants | Case No.: 2:18-cv-00368-RFB-PAL<br><br>**STIPULATION AND ORDER TO CONTINUE RESPONSIVE PLEADING DEADLINE** |

Plaintiff, Preferred Contractors Insurance Company, Risk Retention Group, LLC, by and through its counsel, Brian W. Goldman, Esq. of Pyatt Silvestri, and Defendant Southern Shores Pool Company, Inc., by and through its counsel John Benedict, Esq. of the Law Offices of John

//

//

Benedict, hereby stipulate to extend the deadline for the filing of Defendant's responsive pleading to Plaintiff's complaint until on or before April 16, 2018.

IT IS SO STIPULATED.

DATED this 4th day of April, 2018.                     DATED this 4th day of April, 2018.

**LAW OFFICES OF JOHN BENEDICT**              **PYATT SILVESTRI**

By: /s/ (NV Bar 8436 for)                                     By: /s/ Brian W. Goldman, Esq.
John Benedict, Esq. (SBN 5581)                             Brian W. Goldman, Esq. (SBN 6317)
2190 East Pebble Road, Suite 260                          701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89123                                      Las Vegas, Nevada 89101
Attorneys for Defendant                                          Attorneys for Plaintiff

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE
Dated: April 9, 2018

Respectfully submitted by:

**LAW OFFICES OF JOHN BENEDICT**

By: /s/
John Benedict, Esq. (SBN 5581)
Brian R. Dziminski, Esq. (SBN 8436)
2190 East Pebble Road, Suite 260
Las Vegas, Nevada 89123
Telephone: (702) 333-3770
Email: John@Benedictlaw.com
Attorneys for Defendant Southern Shores
Pool Company, Inc.