1

**REMPFER MOTT LUNDY, PLLC**

2

JOSEPH N. MOTT
Nevada Bar No. 12455

3

10091 Park Run Dr., Ste. #200
Las Vegas, NV 89145-8868

4

T: (702) 825-5303
F: (702) 825-4413

5

Joey@rmllegal.com

6

Attorneys for Defendant
**SOUTHERN SHORES POOL CO. INC.**

7

8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10

11

**PREFERRED CONTRACTORS INSURANCE CO., RISK RETENTION GROUP, LLC,**

12

**Plaintiff**,

13

vs.

14

**SOUTHERN SHORES POOL CO., INC.**

15

**Defendant**.

**Case No. 2:18-cv-00368-RFB-PAL**

**STIPULATION AND ORDER TO CONTINUE RESPONSIVE PLEADING DEADLINE**

16

17

The Parties, by their undersigned counsel, hereby stipulate to extend the deadline for the filing of Defendant's responsive pleading to May 7, 2018.

18

19

20

Defendant Southern Shores Pool Co., Inc., retained Rempfer Mott Lundy, PLLC, on April 16, 2018, to represent its interests in this matter.  This stipulation is to allow Defendant's new counsel time to get up to speed and prepare a responsive pleading and is not for the purposes of delay.

21

**IT IS SO STIPULATED.**

22

Dated: April 16, 2018.

23

REMPFER MOTT LUNDY, PLLC

24

/s/ Joseph N. Mott

25

JOSEPH N. MOTT
Nevada Bar No. 12455

26

Attorneys for Defendant

PYATT SILVESTRI

/s/ Brian W. Goldman

BRIAN W. GOLDMAN
Nevada Bar No. 6317
Attorneys for Plaintiff

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

**IT IS SO ORDERED**, the deadline for Defendant to file a responsive pleading is continued to May 7, 2018.

Dated: April 19, 2018

**UNITED STATES DISTRICT/MAGISTRATE JUDGE**