JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
BRIAN W. GOLDMAN, ESQ.
Nevada Bar No. 6317
PYATT SILVESTRI
701 Bridger Ave., Suite 600
Las Vegas, Nevada 89101
T. (702) 383-6000
F. (702) 477-0088
jsilvestri@pyattsilvestri.com
bgoldman@pyattsilvestri.com

Attorneys for Plaintiff,
*PREFERRED CONTRACTORS*
*INSURANCE COMPANY,*
*RISK RETENTION GROUP, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PREFERRED CONTRACTORS INSURANCE COMPANY, RISK RETENTION GROUP, LLC<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHERN SHORES POOL COMPANY, INC.,<br><br>Defendant. | CASE NO.: 2:18-cv-00368-RFB-PAL |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel of record, that is, Plaintiff, PREFERRED CONTRACTORS INSURANCE CO., RISK RETENTION GROUP, LLC, by and through its counsel, JAMES P.C. SILVESTRI, ESQ., and BRIAN W. GOLDMAN, ESQ., of the law firm PYATT SILVESTRI, and Defendant SOUTHERN SHORES POOL CO., INC., by and through its counsel, JOSEPH N. MOTT, ESQ., of

the law firm REMPFER MOTT LUNDY, PLLC, that Plaintiff's Complaint against SOUTHERN SHORES POOL CO., INC., be dismissed with prejudice, each party to bear their own fees and costs.

DATED this 11th day of March, 2019.

**PYATT SILVESTRI**         **REMPFER MOTT LUNDY, PLLC**

*/s/Brian W Goldman*        */s/Joseph N. Mott*
JAMES P.C. SILVESTRI, ESQ.        JOSEPH N. MOTT, ESQ.
Nevada Bar No. 3603        Nevada Bar No. 12455
BRIAN W. GOLDMAN, ESQ.        10091 Park Run Drive, Suite 200
Nevada Bar No. 6317        Las Vegas, NV 89145-8868
701 Bridger Avenue, Suite 600        Attorneys for Defendant,
Las Vegas, NV 89101        *SOUTHERN SHORES POOL CO., INC.*
Attorneys for Plaintiff,
*PREFERRED CONTRACTORS INSURANCE CO., RISK RETENTION GROUP, LLC*

**ORDER**

IT IS SO ORDERED this 13th day of March, 2019 that Plaintiff's Complaint be dismissed with prejudice, each party to bear their own fees and costs.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

*Preferred Contractors Insurance Co., Risk Retention Group, LLC vs. Southern Shores Pool Co., Inc.*
Case No.: 2:18-cv-00368-RFB-PAL
Stipulation and Order for Dismissal with Prejudice

2